IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 14-30072-DRH |
| vs. ) | |
| ) | |
| LASHONDA RUSSELL, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF FACTS**

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney, and John C. Constance, Special Assistant United States Attorney for the Southern District of Illinois, and Defendant Lashonda Russell through her attorney enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

1) That during the time frame alleged in the indictment, the defendant received Title XVI Supplemental Security Income ("SSI").

2) That during the time frame alleged in the indictment, September of 2006 through March of 2013, the defendant continued to receive SSI benefit even though she knew that she was not lawfully entitled to draw the benefits because she failed to disclose, as she was required to do, that the child she was receiving benefits for was not residing with her but instead residing with another person.

3) That the defendant received approximately $50,134.00 in Social Security benefits to which she was not entitled.

4) That the funds were received in St. Clair County, which is within the Southern District of Illinois.

|  |  |
|---|---|
| _____<br>LASHONDA RUSSELL<br>Defendant | STEPHEN R. WIGGINTON<br>United States Attorney<br><br>_____<br>JOHN C. CONSTANCE<br>Special Assistant United States Attorney |
| _____<br>ETHAN SKAGGS<br>Attorney for Defendant |  |
| Date: March 4, 2015 | Date: March 4, 2015 |